IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-02458-RPM

EDGAR F. KAISER, JR.,

      Plaintiff,

v.

PATRICK D. BOWLEN,
PDB SPORTS, LTD., a Colorado limited partnership;
BOWLEN SPORTS, INC., an Arizona corporation, doing business in Colorado, and
PDB ENTERPRISES, INC., a Colorado corporation

      Defendants.
_____

ORDER FOR ENTRY OF JUDGMENT FOR DEFENDANTS WITH COSTS
_____

      Pursuant to the Mandate of the United States Court of Appeals for the Tenth Circuit, received September 5, 2006, and the judgment of that court, filed August 1, 2006, and the defendants' renewed motion for costs, opposed by the plaintiff's opposition, filed September 29, 2006, the Court finds and concludes that there is no justification for denying the defendants' their costs under Fed.R.Civ.P. 54(d)(1), it is

      ORDERED that the Clerk shall enter judgment for the defendants, dismissing all of the plaintiff's claims and awarding the defendants costs to be taxed upon the filing of a Bill of Costs within ten days.

      DATED: October 20th , 2006.

                    BY THE COURT:
                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge