IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-02458-RPM

EDGAR F. KAISER, JR.,

      Plaintiff,

v.

PATRICK D. BOWLEN,
PDB SPORTS, LTD., a Colorado limited partnership;
BOWLEN SPORTS, INC., an Arizona corporation, doing business in Colorado, and
PDB ENTERPRISES, INC., a Colorado corporation

      Defendants.

_____

ORDER AWARDING ADDITIONAL COSTS TO DEFENDANTS
_____

      Mindful of the limitations on the Court's discretion in awarding costs under Fed.R.Civ.P. 54(d) and the statutory requirements of 28 U.S.C. §§ 1920 and 1821(b), all as expressed by the Supreme Court in *Crawford Fitting Co. v. J. T. Gibbons, Inc.*, 482 U.S. 437 (1987), upon review of the Defendants' Motion to Review Clerk's Award of Costs and the Plaintiff's Response, the following are allowed as additions to the costs previously awarded by the Clerk of this court.

| | |
|---|---:|
| Copies of deposition transcripts of depositions of John Elway, John M. Bowlen, Ron Sirkis and Pat Bowlen | $4,735.75 |
| Travel Expenses for depositions of Judy Kaiser | $3,831.50 |
| Photocopies of documents produced by plaintiff | $ 341.75 |
| Reproduction costs of plaintiff documents as paid to Shughart Thomson | $ 76.80 |
| Photocopies of production by plaintiff | $ 54.26 |

| | |
|---|---|
| Photocopies of production by plaintiff | $    49.41 |
| Photocopies of Wenner Silvestain and additional plaintiff documents | $    83.55 |
| Photocopy of 1984 closing book as produced by plaintiff | $  123.11 |
| Photocopies of production by plaintiff | $  209.94 |
| Photocopies of production by plaintiff | $  261.94 |
| Photocopies of financial records of Edgar Kaiser | $  819.31 |
| Imaging of trial exhibits | $1,792.33 |
| Professional to set up and run audio-visual at trial | $7,440.00 |
| Custom exhibit tabs as required by Court for defendant | $2,300.38 |

The wholesale copying and Bates stamping of all documents produced by third parties in the course of discovery is not a cost transferable to the plaintiff.

The defendants have not separated out the cost of imaging trial exhibits from other documents so it is not possible to determine an allowable cost for imaging.

The cost of the preparation of the poster boards and other demonstrative exhibits is not allowed. The imaging and audio-visual display of trial exhibits is within the copying costs under 28 U.S.C. § 1920(4) but the displays used demonstratively are not. *Arcadian Fertilizer, L.P. v. MPW Industrial Services,* 249 F.3d 1293 (11th Cir. 2001).

Upon the foregoing, it is

ORDERED, that additional costs of $22,120.03 are awarded to the defendants.

DATED: February 13th , 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      Richard P. Matsch, Senior District Judge